**Leslie Charles COHEN, aka L C Cohen, Plaintiff—Appellant,**

v.

**James Joseph SYME, Jr; et al., Defendants—Appellees.**

No. 03–17141.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 11, 2005.

Leslie Charles Cohen, Florence, AZ, pro se.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

Leslie Charles Cohen appeals pro se the district court's dismissal of his action for lack of subject matter jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's ruling on jurisdiction, *Nike, Inc. v. Comercial Iberica De Exclusivas Deportivas, S.A., et. al,* 20 F.3d 987, 990 (9th Cir.1994), and we affirm.

The federal court is presumed to lack subject matter jurisdiction in a particular case unless the contrary affirmatively appears. *See A–Z Int'l. v. Phillips,* 323 F.3d

1141, 1145 (9th Cir.2003) (citations omitted). To establish diversity jurisdiction, Cohen was required to demonstrate that he was neither a United States citizen nor a lawful permanent resident. *See* 28 U.S.C. § 1332. Cohen's complaint failed to do so.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

